Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED 0 AM 11:50
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: CP  DEPUTY

Kayla Cashman by and through her Guardian ad Litem, Bernadette Hilgeman and Stephan Cashman, an individual.

vs

San Diego Unified School District; , James Good, and DOES 1 - 10 inclusive

**SUMMONS IN A CIVIL ACTION**

Case No. '08 CV 0519 BEN POR

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Christopher W. Bayuk, Esq.
Bayuk & Associates, Inc.
401 West "A" Street, Suite 1400
San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

3/20/08
DATE

By  C. PUHLMANN  Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)