Christopher W. Bayuk, Esq. (State bar No. 121751)
BAYUK & ASSOCIATES, Inc.
401 West "A" Street, Suite 1400
San Diego, California 92101
Telephone: (619) 232-7945
Facsimile: (619) 232-7953

Attorneys for Plaintiff, Bernadette Hilgeman as Guardian Ad Litem
for minor child, Kayla Cashman; and Stephen Cashman

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYLA CASHMAN, BY AND THROUGH HER GUARDIAN AD LITEM BERNADETTE HILGEMAN; AND STEPHEN CASHMAN, AN INDIVIDUAL<br><br>PLAINTIFF(S),<br><br>V.<br><br>SAN DIEGO UNIFIED SCHOOL DISTRICT; JAMES GOOD, INDIVIDUALLY AND DOES 1 THROUGH 20 | Case Number: '08 CV 0519 BEN POR<br><br>PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM FOR MINOR PLAINTIFF, KAYLA CASHMAN AND ORDER THEREON<br><br>ORIGINAL |

**COMES NOW** plaintiff, Stephen Cashman, as the natural father of plaintiff, Kayla Cashman, and through this application seeks the appointment of the following person as guardian ad Litem for the minor plaintiff: Bernadette Hilgeman, Esq. – 7777 Alvarado Road, Suite 203, La Mesa, CA 91941 (619.298-6599. Ms. Hilgeman is the aunt of Ms. Cashman.

This request is being made as the minor plaintiff was born on July 11, 1991, and she has individual claims for personal injury; violation of constitutional rights and violation of civil rights. Plaintiff, Stephen Cashman had individual claims against the same defendants, and petitioner, Stephen Cashman; proposed guardian Ms. Hilgeman and the submitting attorney

Christopher W. Bayuk all respectfully request that the appointment of the Guardian will fully protect the interests of the plaintiff, Kayla Cashman and avoid and potential conflict of interest in this action.

The proposed guardian ad Litem is fully competent and qualified to understand and protect the rights of the person, she will represent and has no interests adverse to the interests of that person.

RESPECTFULLY SUBMITTED:

BAYUK & ASSOCIATES, Inc.

DATED: March 22 2008          By: _____
                                Christopher W. Bayuk, Attorneys for Kayla
                                Cashman & Stephen Cashman

I declare under penalty of perjury under the laws of the Sate of California that the foregoing is true and correct.

DATED: March 10, 2008           By _____
                                Stephen Cashman, Plaintiff/Applicant and
                                natural father to plaintiff, Kayla Cashman

I consent to the appointment as guardian ad Litem under the above petition.

DATED: March 17, 2008           By _____
                                Bernadette Hilgeman, Esq. – proposed
                                Guardian ad Litem.

**THE COURT FINDS** that it is reasonable and necessary to appoint a guardian ad Litem for the person named in item 3 of the application, as requested.

**THE COURT ORDERS** that, Bernadette Hilgeman, Esq., is hereby appointed as the guardian ad Litem for plaintiff, Kayla Cashman for the reasons set forth in item 5 of the above petition.

DATED: March    , 2008          By: _____