UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYLA CASHMAN, BY AND THROUGH HER GUARDIAN AD LITEM BERNADETTE HILGEMAN; AND STEPHEN CASHMAN, AN INDIVIDUAL<br><br>PLAINTIFF(S),<br><br>V.<br><br>SAN DIEGO UNIFIED SCHOOL DISTRICT; JAMES GOOD, INDIVIDUALLY AND DOES 1 THROUGH 20 | **Case Number:  08 CV 0519-BEN(POR)**<br><br>**ORDER APPROVING PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM FOR MINOR PLAINTIFF, KAYLA CASHMAN AND ORDER THEREON**<br><br>**[Doc. No. 3]** |

Order Approving Petition Appointment Guardian ad Litem – Kayla Cashman

1   The Petition for the appointment of Guardian ad Litem for minor Plaintiff, Kayla Cashman came before this Court and on the basis of the papers submitted the Court finds that it is reasonable and necessary to appoint a guardian ad Litem for the protection and benefit of the minor plaintiff, and therefore the Court Orders as follows:

**THE COURT ORDERS** that, Bernadette Hilgeman, Esq., is hereby appointed as the guardian ad Litem for plaintiff, Kayla Cashman for the reasons set forth in the Petition for Appointment of Guardian ad Litem.

DATED: April 4, 2008

*[signature]*

LOUISA S PORTER

United States Magistrate Judge