1  STEVEN J. COLOGNE, ESQ. (Bar No. 118534)
   MICHAEL R. GIBSON, ESQ. (Bar No. 199272)
2  HIGGS, FLETCHER & MACK LLP
   401 West "A" Street, Suite 2600
3  San Diego, CA 92101-7913
   TEL: 619.236.1551
4  FAX: 619.696.1410

5  Attorneys for Defendants
   SAN DIEGO UNIFIED SCHOOL DISTRICT and
6  JAMES GOOD

7

8              **UNITED STATES DISTRICT COURT**

9          **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

10

11  KAYLA CASHMAN BY AND THROUGH         CASE NO. 08 CV 0519-BEN (POR)
    HER GUARDIAN AD LITEM,
12  BERNADETTE HILGEMAN; AND             **DEFENDANTS' NOTICE OF MOTION**
    STEPHEN CASHMAN, AN INDIVIDUAL,      **AND MOTION TO DISMISS**
13                                       **PURSUANT TO F.R.C.P. 12(b)(1), (6)**
                Plaintiffs,
14                                       **[F.R.C.P. 12(b)(1),(6)]**
    v.
15
    SAN DIEGO UNIFIED SCHOOL             **DATE:**        **June 30, 2008**
16  DISTRICT; JAMES GOOD,                **TIME:**        **10:30 a.m.**
    INDIVIDUALLY, and DOES 1 through 20, **COURTROOM.:**  **3**
17                                       **JUDGE:**       **Roger T. Benitez**
                Defendants.
18

19

20

21       **TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

22       **PLEASE TAKE NOTICE** that on June 30, 2008, at 10:30 a.m. or as such other

23  time as may be directed by the Honorable Roger T. Benitez in Courtroom 3 of the above-entitled

24  Court, located at 940 Front Street, San Diego, California, Defendants SAN DIEGO UNIFIED

25  SCHOOL DISTRICT (the "District") and JAMES GOOD ("Mr. Good," and collectively with the

26  District, the "Defendants") will and hereby does move the Court for an order pursuant to

27  Federal Rule of Civil Procedure 12(b)(1) and (6) dismissing the complaint of Plaintiffs

28  KAYLA CASHMAN ("Ms. Cashman") and STEPHEN CASHMAN ("Mr. Cashman,"

HIGGS, FLETCHER
& MACK LLP          859883.1                        08 CV 0519 BEN (POR)
ATTORNEYS AT LAW
SAN DIEGO

1    and collectively with Ms. Cashman, the "Plaintiffs") complaint for lack of subject matter

2    jurisdiction and failure to state a claim upon which relief may be granted.

3            The motion will be based on this Notice of Motion and Motion, the Memorandum filed

4    herewith, the Request for Judicial Notice and the pleadings and papers filed herein, and such

5    other pleadings, evidence or argument as may be presented to the Court at or prior to the hearing

6    on this matter.

7

8    DATED:  May 21, 2008                           HIGGS, FLETCHER & MACK LLP

9

10                                                  By:_____

11                                                      STEVEN J. COLOGNE, ESQ.
                                                        MICHAEL R. GIBSON, ESQ.
12                                                      Attorneys for Defendants
                                                        SAN DIEGO UNIFIED SCHOOL
13                                                      DISTRICT and JAMES GOOD

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HIGGS, FLETCHER
& MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

859883.1                                    2                          08 CV 0519 BEN (POR)