STEVEN J. COLOGNE, ESQ. (Bar No. 118534)
MICHAEL R. GIBSON, ESQ. (Bar No. 199272)
HIGGS, FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
TEL: 619.236.1551
FAX: 619.696.1410

Attorneys for Defendants
SAN DIEGO UNIFIED SCHOOL DISTRICT and
JAMES GOOD

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYLA CASHMAN BY AND THROUGH HER GUARDIAN AD LITEM, BERNADETTE HILGEMAN; AND STEPHEN CASHMAN, AN INDIVIDUAL,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO UNIFIED SCHOOL DISTRICT; JAMES GOOD, INDIVIDUALLY, and DOES 1 through 20,<br><br>Defendants. | CASE NO. 08 CV 0519-BEN (POR)<br><br>**PROOF OF SERVICE**<br><br>DATE:  June 30, 2008<br>TIME:  10:30 a.m.<br>COURTROOM.:  3<br>JUDGE:  Roger T. Benitez |

I, Genie W. Jones, CCLS, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within-entitled action; my business address is 401 West "A" Street, Suite 2600, San Diego, California 92101-7913. On May 23, 2008, I served the within documents, with all exhibits (if any): **DEFENDANT'S TRIAL BRIEF; NOTICE OF LODGMENT OF EXHIBITS IN SUPPORT THEREOF**

///

///

HIGGS, FLETCHER
& MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

860182.1

08 CV 0519 BEN (POR)

☒ by Electronic Service: I am familiar with the United States District Court, Southern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the Court. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. Under said practice, the following CM/ECF users were served:

| | |
|---|---|
| **Christopher W. Bayuk, Esq.**<br>**BAYUK & ASSOCIATES, INC.**<br>401 West A Street, Suite 1400<br>San Diego, CA 92101 | **Counsel for Plaintiff**<br>**KAYLA CASHMAN, by and through her guardian ad litem**<br>**BERNADETTE HILGEMAN and**<br>**STEPHEN CASHMAN, an individual**<br><br>**Telephone:** 619.232-7945<br>**Facsimile:** 619.232-7953 |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 23, 2008, at San Diego, California.

_____
Genie W. Jones, CCLS

HIGGS, FLETCHER
& MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

860182.1                    2                    08 CV 0519 BEN (POR)