CHRISTOPHER W. BAYUK, ESQ. (SBN 121751)
BAYUK & ASSOCIATES
401 WEST A STREET, SUITE 1400
SAN DIEGO CA 92101
619-232-7945

Ref. No.       : 0298534-02
Atty. File No. : 08 CV 0519 BEN POR

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

PLAINTIFF   : KAYLA CASHMAN, et al.
DEFENDANT   : SAN DIEGO UNIFIED SCHOOL DISTRICT, et al

Case No.: 08 CV 0519 BEN POR
**PROOF OF SERVICE**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; ORDER APPROVING PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM FOR MINOR PLAINTIFF, KAYLA CASHMAN AND ORDER THEREON; PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM FOR MINOR PLAINTIFF, KAYLA CASHMAN AND ORDER THEREON; CIVIL COVER SHEET

3. a. Party served   : JAMES GOOD
   b. Person served  : Party in item 3a

4. Address where the party was served 6702 WANDERMERE DRIVE
   SAN DIEGO, CA 92120    (Business)

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on May 9, 2008   (2) at: 11:50 AM

6. The "Notice to the person served" (on the summons) was completed as follows:
   a. as an individual defendant.

7. **Person who served papers**
   a. GREG COLE
   b. KNOX ATTORNEY SERVICE, INC.
      2250 Fourth Avenue
      San Diego, California 92101
   c. 619-233-9700
   d. Fee for service: $62.50
   e. I am:
      (3) a registered California process server
         (i) an independent contractor
         (ii) Registration No.: 387
         (iii) County: SAN DIEGO, CA

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 17, 2008

Signature: _____
GREG COLE

Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)

**PROOF OF SERVICE**

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED AM 11:50

CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: CP   DEPUTY

Kayla Cashman by and through her Guardian ad Litem, Bernadette Hilgeman, and Stephan Cashman, an individual

vs

San Diego Unified School District, James Good, and DOES 1 - 10 Inclusive

**SUMMONS IN A CIVIL ACTION**

Case No. '08 CV 0519 BEN POR

TO: (Name and Address of Defendant)

James Good
6702 Wandermere Drive
San Diego, CA 92120

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Christopher W. Bayuk, Esq.
Bayuk & Associates, Inc.
401 West "A" Street, Suite 1400
San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.   3/20/08
CLERK                    DATE

By C. PUSSMANN Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)