CHRISTOPHER W. BAYUK, ESQ. (SBN 121751)
BAYUK & ASSOCIATES
401 WEST A STREET, SUITE 1400
SAN DIEGO CA 92101
619-232-7945

Ref. No.       : 0298534-01
Atty. File No. : 08 CV 0519 BEN POR

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF  | : KAYLA CASHMAN, et al. | Case No.: 08 CV 0519 BEN POR |
| DEFENDANT | : SAN DIEGO UNIFIED SCHOOL DISTRICT, et al | **PROOF OF SERVICE** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; ORDER APPROVING PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM FOR MINOR PLAINTIFF, KAYLA CASHMAN AND ORDER THEREON; PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM FOR MINOR PLAINTIFF, KAYLA CASHMAN AND ORDER THEREON; CIVIL COVER SHEET

3. a. Party served   : SAN DIEGO UNIFIED SCHOOL DISTRICT
   b. Person served  :    ADEL EPLEY, LEGAL SECRETARY
                          (AUTHORIZED AGENT FOR SERVICE)

4. Address where the party was served  4100 NORMAL ST.
                                        SAN DIEGO, CA 92103    (Business)

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on May 7, 2008   (2) at: 11:36 AM

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:        SAN DIEGO UNIFIED SCHOOL DISTRICT
      under [xx] CCP 416.50   (public entity)

7. **Person who served papers**
   a. T. SETVANPOUR
   b. KNOX ATTORNEY SERVICE, INC.
      2250 Fourth Avenue
      San Diego, California 92101
   c. 619-233-9700

   d. Fee for service: $47.50
   e. I am:
      (3) a registered California process server
         (i) an employee
         (ii) Registration No. 715
         (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 12, 2008

Signature: _____
T. SETVANPOUR

Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)

**PROOF OF SERVICE**

Summons in a Civil Action (Rev 11/87)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 MAR 20 AM 11:50
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: CP  DEPUTY

Kayla Cashman by and through her Guardian ad Litem, Bernadette Hilgeman and Stephan Cashman, an individual,

vs

San Diego Unified School District, James Good, and DOES 1 - 10 inclusive

**SUMMONS IN A CIVIL ACTION**

Case No. '08 CV 0519 BEN POR

TO: (Name and Address of Defendant)

San Diego Unified School District
4100 Normal St
San Diego, CA 92103

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Christopher W. Bayuk, Esq.
Bayuk & Associates, Inc.
401 West "A" Street, Suite 1400
San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____W. Samuel Hamrick, Jr._____    _____3/20/08_____
CLERK                                  DATE

By C. PUTTMANN Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)