Christopher W. Bayuk, Esq. (State bar No. 121751)
BAYUK & ASSOCIATES, Inc.
401 West "A" Street, Suite 1400
San Diego, California 92101
Telephone: (619) 232-7945
Facsimile: (619) 232-7953

Attorneys for Plaintiff, Kayla Cashman, by and through her Guardian Ad Litem, Bernadette Hilgeman; and Stephen Cashman

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYLA CASHMAN, BY AND THROUGH HER GUARDIAN AD LITEM BERNADETTE HILGEMAN; AND STEPHEN CASHMAN<br><br>PLAINTIFF(S),<br><br>V.<br><br>SAN DIEGO UNIFIED SCHOOL DISTRICT; JAMES GOOD, INDIVIDUALLY AND DOES 1 THROUGH 20 | Case Number: 08 CV 0519-BEN (POR)<br><br>**PROOF OF SERVICE - ELECTRONIC**<br><br>FIRST AMENDED COMPLAINT |

I, Catie Linfesty, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within-entitled action; my business address is 401 West "A" Street, Suite 1400, San Diego, CA 92101. On June 11, 2008, I served the within documents, with all exhibits (if any):

**PLAINTIFF'S FIRST AMENDED COMPLAINT**

By Electronic Service: I am familiar with the United States District Court, Southern Districe of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the Court. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service though the Court's transmiss facilities. Under said practice, the following CM/ECF users were served:

| | |
|---|---|
| Steven J. Cologne, Esq.<br>Micheal R. Gibson, Esq.<br>Higgs, Fletcher & Mack LLP<br>401 West "A" Street, Ste. 2600<br>San Diego, CA  92101<br><br>TEL: 619-236-1551<br>FAX: 619-696-1410 | Counsel for Plaintiff<br>KAYLA CASHMAN, by and through her guardian ad litem<br>BERNADETTE HILGEMAN and<br>STEPHAN CASHMAN, an individual<br><br>TEL: 619-232-7945<br>FAX: 619-232-7953 |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 12, 2008, at San Diego, California.

Catie Linfesty