1  STEVEN J. COLOGNE, ESQ. (Bar No. 118534)
   MICHAEL R. GIBSON, ESQ. (Bar No. 199272)
2  HIGGS, FLETCHER & MACK LLP
   401 West "A" Street, Suite 2600
3  San Diego, CA 92101-7913
   TEL: 619.236.1551
4  FAX: 619.696.1410

5  Attorneys for Defendants
   SAN DIEGO UNIFIED SCHOOL DISTRICT and
6  JAMES GOOD

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 | KAYLA CASHMAN BY AND THROUGH     | CASE NO. 08 CV 0519-BEN (POR)
   | HER GUARDIAN AD LITEM,           |
12 | BERNADETTE HILGEMAN; AND         | DEFENDANTS' NOTICE OF MOTION
   | STEPHEN CASHMAN, AN INDIVIDUAL,  | AND MOTION TO DISMISS
13 |                                  | PURSUANT TO F.R.C.P. 12(b)(1), (6)
   |            Plaintiffs,           |
14 |                                  | [F.R.C.P. 12(b)(1),(6)]
   | v.                               |
15 |                                  |
   | SAN DIEGO UNIFIED SCHOOL         | DATE:        August 4, 2008
16 | DISTRICT; JAMES GOOD,            | TIME:        10:30 a.m.
   | INDIVIDUALLY, and DOES 1 through 20, | COURTROOM.: 3
17 |                                  | JUDGE:       Hon. Roger T. Benitez
   |            Defendants.           |
18

19

20

21     TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

22     **PLEASE TAKE NOTICE** that on August 4, 2008, at 10:30 a.m. or as such other

23 time as may be directed by the Honorable Roger T. Benitez in Courtroom 3 of the above-entitled

24 Court, located at 940 Front Street, San Diego, California, Defendants SAN DIEGO UNIFIED

25 SCHOOL DISTRICT (the "District") and JAMES GOOD ("Mr. Good," and collectively with the

26 District, the "Defendants") will and hereby does move the Court for an order pursuant to

27 Federal Rule of Civil Procedure 12(b)(1) and (6) dismissing the first amended complaint of

28 Plaintiffs KAYLA CASHMAN ("Ms. Cashman") and STEPHEN CASHMAN ("Mr. Cashman,"

HIGGS, FLETCHER
& MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

859883.1                                                    08 CV 0519 BEN (POR)

1  and collectively with Ms. Cashman, the "Plaintiffs") for lack of subject matter jurisdiction and
2  failure to state a claim upon which relief may be granted.
3     The motion will be based on this Notice of Motion and Motion, the Memorandum filed
4  herewith, the Request for Judicial Notice and the pleadings and papers filed herein, and such
5  other pleadings, evidence or argument as may be presented to the Court at or prior to the hearing
6  on this matter.

8  DATED: June 18, 2008                HIGGS, FLETCHER & MACK LLP

10                                     By: _____
                                          STEVEN J. COLOGNE, ESQ.
11                                        MICHAEL R. GIBSON, ESQ.
                                          Attorneys for Defendants
12                                        SAN DIEGO UNIFIED SCHOOL
                                          DISTRICT and JAMES GOOD