Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Kayla Cashman by and through her Guardian ad Litem, Bernadette Hilgeman; and Stephan Cashman

vs

San Diego Unified School District; James Good, individually; Jesus Montana, individually, and DOES 1 through 20

AMENDED
SUMMONS IN A CIVIL ACTION

Case No. 08 CV 0519-BEN (POR)

TO: (Name and Address of Defendant)

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Christopher W. Bayuk, Esq.
Bayuk & Associates, Inc.
401 West "A" Street, Suite 1400
San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

___W. Samuel Hamrick, Jr.___   _____
         CLERK                        DATE

_____
By                    , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)