Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED PM 3:51
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

Kayla Cashman, by and through her Guardian ad Litem Bernadette Hildeman; and Stephen Cashman

vs

San Diego Unified School District; James Good, Individually; Jesus Montana, Individually, and DOES 1 through 20

First Amended Complaint
**SUMMONS IN A CIVIL ACTION**
Case No. 08 CV 0519-BEN (POR)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Christopher W. Bayuk, Esq.
Bayuk & Associates, Inc.
401 West "A" Street, Suite 1400
San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

7/8/08
DATE

By J. SPARIS , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)