Christopher W. Bayuk, Esq. (State bar No. 121751)
BAYUK & ASSOCIATES, Inc.
401 West "A" Street, Suite 1400
San Diego, California 92101
Telephone: (619) 232-7945
Facsimile: (619) 232-7953

Attorneys for Plaintiff, Kayla Cashman, by and through her Guardian Ad Litem, Bernadette Hilgeman; and Stephen Cashman

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYLA CASHMAN, BY AND THROUGH HER GUARDIAN AD LITEM BERNADETTE HILGEMAN; AND STEPHEN CASHMAN<br><br>PLAINTIFF(S),<br><br>V.<br><br>SAN DIEGO UNIFIED SCHOOL DISTRICT; JAMES GOOD, INDIVIDUALLY; JESUS MONTANA, INDIVIDUALLY, AND DOES 1 THROUGH 20 | Case Number: 08 CV 0519-BEN (POR)<br><br>**STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS**<br><br>[F.R.C.P. 12(b) (1), (6)]<br><br>Judge: Hon. Roger T. Benitez<br>Courtroom: 3<br><br>Hearing Date: August 4, 2008<br>Time: 10:30 a.m. |

COMES NOW plaintiffs, Kayla Cashman by and through her Guardian ad Litem Bernadette Hilgeman, and Stephen Cashman, individually, by and through their counsel and defendants, San Diego Unified School District and James Good, individually by and through their counsel and stipulate as follows:

**WHEREAS**, defendants had scheduled for hearing a Motion to Dismiss plaintiffs' first amended complaint pursuant to F.R.C.P. 12(b)(1), (6) for August 4, 2008;

1  **WHEREAS**, plaintiff's counsel is unavailable from July 21st through August 5th, 2008, due to prior out of town legal commitments and pre-arranged family vacation.

**IT IS HEREBY STIPULATED** by and between the party's through their respective counsel that the hearing date on defendant's Motion to Dismiss be continued to and including August 25, 2008, at 10:30 a.m., before the Honorable Roger T. Benitez, United States District Court Judge.

**IT IS HEREBY FURTHER STIPULATED** by and between the party's through their respective counsel that all briefing will be pursuant to the applicable rules and procedures.

BAYUK & ASSOCIATES, Inc.

DATED: July 8, 2008        By: 
_____
Christopher W. Bayuk, Attorneys for Kayla Cashman, by and through her Guardian ad Litem, Bernadette Hilgeman and Stephen Cashman, individually.

HIGGS FLETCHER & MACK, LLP

DATED: July 8, 2008        By: _____
Michael R. Gibson, Attorneys for San Diego Unified School District and James Good.

Bayuk & Associates, Inc.

Stipulation to continue hearing date- Cashman