FILED
08 JUL 14 PM 12:42
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYLA CASHMAN, *by and through her Guardian Ad Litem Bernadette Hilgeman*; and STEPHEN CASHMAN, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO UNIFIED SCHOOL DISTRICT; JAMES GOOD, individually; and DOES 1 through 20 | Case Number: 08-CV-519 BEN POR<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS |

The Stipulation to continue hearing date on Defendants' Motion to Dismiss Plaintiff's First Amended Complaint came before this Court and, on the basis of the papers submitted to the Court, the Court finds that it is reasonable to continue the hearing date as stipulated and agreed upon by counsel orders as follows:

**THE COURT HEREBY ORDERS** that the hearing on Defendants' Motion to Dismiss the First Amended Complaint be continued to August 25, 2008, at 10:30 a.m.

**THE COURT HEREBY FURTHER ORDERS** that all briefing shall be filed in accordance with applicable rules and procedures.

DATED: 7/10/08

By: /s/ _____
Honorable Roger T. Benitez
U.S. District Judge