Christopher W. Bayuk, Esq. (State Bar No. 121751)
BAYUK & ASSOCIATES, INC.
401 West "A" Street, Suite 1400
San Diego, CA, 92101
Telephone: (619) 232-7945
Facsimile: (619) 232-7953

Attorneys for PLAINTIFF:
KAYLA CASHMAN, BY AND THROUGH
HER GUARDIAN AD LITEM BERNADETTE
HILGEMAN; AND STEPHAN CASHMAN,
AN INDIVIDUAL

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYLA CASHMAN BY AND THROUGH HER GUARDIAN AD LITEM, BERNADETTE HILGEMAN; AND STEPHAN CASHMAN, AN INDIVIDUAL<br><br>PLAINTIFF,<br><br>vs.<br><br>MIKE MCDERMOTT PLUMBING., A CALIFORNIA CORPORATION; MALIBU RIVIERA II LL, A CALIFORNIA CORPORATION; AND DOES I THROUGH XX INCLUSIVE,<br><br>DEFENDANTS. | Case Number: 08 CV 0519-BEN (POR)<br><br>**Proof of Service**<br><br>DATE: August 25, 2008<br>TIME: 10:30 am<br>COURTROOM: 3<br>JUDGE: Roger T. Benitez |

I, Catie Linfesty, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within-entitled action; my business address is 401 West "A" Street, Suite 1400, San Diego, CA, 92101. On August 11, 2008, I served the within documents.

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FRCP 12(b) (1) and (6).**

*Proof of Service*

\_\_\_\_X\_\_\_\_    By Electronic Service: I am familiar with the United States District Court, Southern District of California's practice for collecting and processing electronic filing. Under that practice, documents are electronically filed with the Court. The Court's CM/ECF system will generate a Notice of Electronic filing(NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/EMF user constitutes consent or electronic service through the Court's transmission facilities. Under said practice, the following CM/ECF users were served:

| STEVEN J. COLOGNE, ESQ.<br>MICHAEL R. GIBSON, ESQ.<br>401 WEST "A" STREET, SUITE 2600<br>SAN DIEGO, CA 92101 | Counsel for Defendants:<br><br>SAN DIEGO UNIFIED SCHOOL DISTRICT<br>and JAMES GOOD<br><br>TEL: 619.236.1551<br>FAX: 619.696.1410 |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on Wednesday, August 11, 2008 at San Diego, California.

*(signature)*
Catie Linfesty

BAYUK & ASSOCIATES, INC.
Attorneys At Law
401 West "A" Street, Suite 1400
San Diego, CA 92101

*Cashman V SDUSD*
Proof of Service   2