STEVEN J. COLOGNE, ESQ. (Bar No. 118534)
MICHAEL R. GIBSON, ESQ. (Bar No. 199272)
HIGGS, FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
TEL: 619.236.1551
FAX: 619.696.1410

Attorneys for Defendants
SAN DIEGO UNIFIED SCHOOL DISTRICT and
JAMES GOOD

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYLA CASHMAN BY AND THROUGH HER GUARDIAN AD LITEM, BERNADETTE HILGEMAN; AND STEPHEN CASHMAN, AN INDIVIDUAL,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO UNIFIED SCHOOL DISTRICT; JAMES GOOD, INDIVIDUALLY, and DOES 1 through 20,<br><br>Defendants. | CASE NO. 08 CV 0519-BEN (POR)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(1), (6)**<br><br>[F.R.C.P. 12(b)(1),(6)]<br><br>DATE: August 25, 2008<br>TIME: 10:30 a.m.<br>COURTROOM.: 3<br>JUDGE: Hon. Roger T. Benitez |

Defendants SAN DIEGO UNIFIED SCHOOL DISTRICT (the "District") and JAMES GOOD ("Mr. Good," and collectively with the District, the "Defendants") hereby request the Court to take judicial notice of the documents identified below and attached hereto, pursuant to Federal Rule of Evidence 201 and *Parrino v. FHP*, 146 F3d 699, 706 (1998):

///

///

///

///

HIGGS, FLETCHER
& MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

859886.2

08 CV 0519 BEN (POR)

1  Exhibit "B"   U.S. District Court, Southern District of California (San Diego) Civil
2  Docket for Case No. 08 CV 0519-BEN (POR).

4  DATED: August 14, 2008                    HIGGS, FLETCHER & MACK LLP

6                                             By: _____
7                                             STEVEN J. COLOGNE, ESQ.
                                              MICHAEL R. GIBSON, ESQ.
                                              Attorneys for Defendants
8                                             SAN DIEGO UNIFIED SCHOOL
                                              DISTRICT and JAMES GOOD

# EXHIBIT B

U.S. District Court
Southern District of California (San Diego)
CIVIL DOCKET FOR CASE #: 3:08-cv-00519-BEN-POR

Cashman et al
Assigned to: Judge Roger T. Benitez
Referred to: Magistrate Judge Louisa S Porter
Cause: 42:1983 Civil Rights Act

Date Filed: 03/20/2008
Jury Demand: Plaintiff
Nature of Suit: 360 P.I.: Other
Jurisdiction: Federal Question

**Plaintiff**

**Kayla Cashman**
*by and through her guardian ad litem Bernadette Hilgeman*

represented by **Christopher W Bayuk**
Bayuk and Associates Inc
Pacific Western Bank Tower
401 West A Street
Suite 1400
San Diego, CA 92101
(619)232-7945
Fax: (619)232-7953
Email: cbayuk@bayuklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephen Cashman**

represented by **Christopher W Bayuk**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**San Diego Unified School District**

represented by **Michael R Gibson**
Higgs, Fletcher and Mack
401 West A Street
Suite 2600
San Diego, CA 92101
(619)236-1551
Fax: (619) 696-1410
Email: gibsonm@higgslaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**James Good**
*individually*

represented by **Michael R Gibson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

Does 1 through 20

**Guardian Ad Litem Party**

| | |
|---|---|
| **Bernadette Hilgerman**<br>*Guardian ad Litem for plaintiff, Kayla Cashman* | represented by **Christopher W Bayuk**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/20/2008 | 1 | COMPLAINT with Jury Demand against San Diego Unified School District, James Good, Does 1 through 20 ( Filing fee $ 350 receipt number 148977.),filed by Kayla Cashman, Stephen Cashman.(cap) (av1, ). (Entered: 03/21/2008) |
| 03/20/2008 | 2 | Summons Issued as to San Diego Unified School District, James Good, Does 1 through 20. (cap) (av1, ). (Entered: 03/21/2008) |
| 04/01/2008 | 3 | MOTION to Appoint ad Litem ad Litem *Bernadette Hilgeman* by Kayla Cashman. (Bayuk, Christopher) (joeh, ). (Entered: 04/01/2008) |
| 04/02/2008 | 4 | MINUTE ORDER issued by the Honorable Roger T. Benitez REFERRING MOTION: [3-1] MOTION to Appoint ad Litem filed by Kayla Cashman to Magistrate Judge Louisa S Porter for Order.(gxr) (Entered: 04/02/2008) |
| 04/04/2008 | 6 | ORDER granting 3 Motion to Appoint Bernadette Hilgeman, Esq., ad Litem. Bernadette Hilgerman rep by Christopher W Bayuk appointed. Signed by Judge Louisa S Porter on 04/04/08. (joeh)(kaj, ). (Entered: 04/07/2008) |
| 05/23/2008 | 7 | MOTION to Dismiss *Pursuant to F.R.C.P. 12(b)(1), (6)* by San Diego Unified School District. (Attachments: # 1 Memo of Points and Authorities Defendants' Memorandum in Support of Motion to Dismiss Pursuant to F.R.C.P. 12(b)(1), (6), # 2 Request for Judicial Notice Request for Judicial Notice in SUpport of Defendants' Motion to Dismiss Pursuant to F.R.C.P. 12(b)(1), (6), # 3 Proof of Service Proof of Service)(Gibson, Michael) (aje). (Entered: 05/23/2008) |
| 05/30/2008 | 8 | AMENDED DOCUMENT by San Diego Unified School District, James Good. Amendment to 7 MOTION to Dismiss *Pursuant to F.R.C.P. 12(b)(1), (6)* MOTION to Dismiss *Pursuant to F.R.C.P. 12(b)(1), (6) Corrected Proof of Service*. (Gibson, Michael) (joeh). (Entered: 05/30/2008) |
| 06/10/2008 | 9 | SUMMONS Returned Executed by Kayla Cashman. James Good served on 5/9/2008, answer due 5/29/2008. (Bayuk, Christopher) (leh). (Entered: 06/10/2008) |
| 06/10/2008 | 10 | SUMMONS Returned Executed by San Diego Unified School District. San Diego Unified School District served on 5/7/2008, answer due 5/27/2008. (Bayuk, Christopher) (jpp). (Entered: 06/10/2008) |
| 06/12/2008 | 11 | AMENDED COMPLAINT against all defendants, filed by Bernadette Hilgerman. (Attachments: # 3 Proof of Service)(Bayuk, Christopher). Modified |

| | | |
|---|---|---|
| | | on 6/17/2008 reattached all 13 pages of amended comp.(joeh). (Entered: 06/12/2008) |
| 07/01/2008 | 12 | MOTION to Dismiss *Pursuant to F.R.C.P. 12(b)(1), (6)* by San Diego Unified School District, James Good. (Attachments: # 1 Memo of Points and Authorities in Support of Motion to Dismiss Pursuant to F.R.C.P. 12(b)(1), (6)., # 2 Request for Judicial Notice in Support of Defendants' Motion to Dismiss Pursuant to F.R.C.P. 12(b)(1), (6)., # 3 Proof of Service)(Gibson, Michael) (joeh). (Entered: 07/01/2008) |
| 07/07/2008 | 13 | FILED IN ERROR *Amended Summons on Amended Complaint* against all defendants, filed by Kayla Cashman.(Bayuk, Christopher) Modified on 7/8/08 - Spoke w/ atty; must have summons on First Amended Complaint issued by a Clerk with a signature. (mdc) Modified on 7/10/2008 (joeh). (Entered: 07/07/2008) |
| 07/08/2008 | 14 | Summons on First Amended Complaint Issued as to San Diego Unified School District, James Good, Does 1 through 20. (jah) (Entered: 07/09/2008) |
| 07/10/2008 | 15 | Joint MOTION for Hearing *to Continue hearing date* by Kayla Cashman. (Attachments: # 1 Proof of Service)(Bayuk, Christopher) (lao). Contacted Attny re signature (Entered: 07/10/2008) |
| 07/14/2008 | 16 | ORDER, granting 15 Joint MOTION for Hearing *to Continue hearing date* filed by Kayla Cashman. Set/Reset Deadlines as to 12 MOTION to Dismiss *Pursuant to F.R.C.P. 12(b)(1), (6)* MOTION to Dismiss *Pursuant to F.R.C.P. 12(b)(1), (6)*.( Responses due by 8/11/2008, Replies due by 8/20/2008. Motion Hearing set for 8/25/2008 10:30 AM in Courtroom 03 before Judge Roger T. Benitez). Signed by Judge Roger T. Benitez on 07/10/08. (joeh)(av1). (Entered: 07/14/2008) |
| 08/11/2008 | 17 | RESPONSE in Opposition re 12 MOTION to Dismiss *Pursuant to F.R.C.P. 12(b)(1), (6)* MOTION to Dismiss *Pursuant to F.R.C.P. 12(b)(1), (6)*, 15 Joint MOTION for Hearing *to Continue hearing date August 15, 2008* filed by Kayla Cashman. (Attachments: # 1 Proof of Service)(Bayuk, Christopher) (Entered: 08/11/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/12/2008 11:00:52 | | | |
| PACER Login: | hf0026 | Client Code: | 100165-00336 |
| Description: | Docket Report | Search Criteria: | 3:08-cv-00519-BEN-POR |
| Billable Pages: | 2 | Cost: | 0.16 |