CHRISTOPHER W. BAYUK, ESQ. (SBN 121751)
BAYUK & ASSOCIATES
401 WEST A STREET, SUITE 1400
SAN DIEGO  CA  92101
619-232-7945

Ref. No.      : 0413018-01
Atty. File No.: 08 CV 0519-BEN (POR)

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : KAYLA CASHMAN, et. al. | Case No.: 08 CV 0519-BEN (POR) |
| DEFENDANT | : SAN DIEGO UNIFIED SCHOOL et. al. | **PROOF OF SERVICE** |

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of the SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT; PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM FOR MINOR PLAINTIFF, KAYLA CASHMAN AND ORDER THEREON; ORDER APPROVING PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM FOR MINOR PLAINTIFF, KAYLA CASHMAN AND ORDER THEREON

3.  a. Party served    : JESUS MONTANA, INDIVIDUALLY
    b. Person served   : JESUS MONTANA, (PERSONALLY)

4.  Address where the party was served  4100 NORMAL ST.    ROOM 2214
                                         SAN DIEGO, CA  92103    (Business)

5.  I served the party
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on August 13, 2008  (2) at: 09:15 AM

6.  The "Notice to the person served" (on the summons) was completed as follows:
    a. as an individual defendant.

7.  **Person who served papers**
    a. JEREMIAH D. LORHAN
    b. KNOX ATTORNEY SERVICE, INC.
       2250 Fourth Avenue
       San Diego, California 92101
    c. 619-233-9700
    d. Fee for service: $67.00
    e. I am:
       (3) a registered California process server
           (i)   an employee
           (ii)  Registration No. 152
           (iii) County: San Diego

8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 18, 2008

Signature: _____
JEREMIAH D. LORHAN

Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)

**PROOF OF SERVICE**

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
PM 3:51
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Kayla Cashman, by and through her Guardian ad Litem Bernadette Hildeman; and Stephen Cashman

vs

San Diego Unified School District; James Good, Individually; Jesus Montana, Individually, and DOES 1 through 20

First Amended Complaint
**SUMMONS IN A CIVIL ACTION**
Case No. 08 CV 0519-BEN (POR)

TO: (Name and Address of Defendant)

Jesus Montana
4100 Normal Street Rm 2214
San Diego CA 92103

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Christopher W. Bayuk, Esq.
Bayuk & Associates, Inc.
401 West "A" Street, Suite 1400
San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

7/8/08
DATE

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)