STEVEN J. COLOGNE, ESQ. (Bar No. 118534)
MICHAEL R. GIBSON, ESQ. (Bar No. 199272)
HIGGS, FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
TEL: 619.236.1551
FAX: 619.696.1410

Attorneys for Defendants
SAN DIEGO UNIFIED SCHOOL DISTRICT,
JAMES GOOD and JESUS MONTANA

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYLA CASHMAN BY AND THROUGH HER GUARDIAN AD LITEM, BERNADETTE HILGEMAN; AND STEPHEN CASHMAN, AN INDIVIDUAL,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO UNIFIED SCHOOL DISTRICT; JAMES GOOD, INDIVIDUALLY; JESUS MONTANA, INDIVIDUALLY, and DOES 1 through 20,<br><br>Defendants. | CASE NO. 08 CV 0519-BEN (POR)<br><br>**DEFENDANT JESUS MONTANA'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(1), (6)**<br><br>[F.R.C.P. 12(b)(1),(6)]<br><br>DATE:  October 20, 2008<br>TIME:  10:30 a.m.<br>COURTROOM.: 3<br>JUDGE:  Hon. Roger T. Benitez |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on August 4, 2008, at 10:30 a.m. or as such other time as may be directed by the Honorable Roger T. Benitez in Courtroom 3 of the above-entitled Court, located at 940 Front Street, San Diego, California, Defendant JESUS MONTANA will and hereby does move the Court for an order pursuant to Federal Rule of Civil Procedure 12(b)(1) and (6) dismissing the first amended complaint of Plaintiffs KAYLA CASHMAN ("Ms. Cashman") and STEPHEN CASHMAN ("Mr. Cashman," and collectively with Ms. Cashman, the "Plaintiffs") for lack of subject matter jurisdiction and failure to state a claim upon which relief may be granted.

HIGGS, FLETCHER
& MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

873490.1

08 CV 0519 BEN (POR)

1  The motion will be based on this Notice of Motion and Motion, the Memorandum filed
2  herewith, the Request for Judicial Notice and the pleadings and papers filed herein, and such
3  other pleadings, evidence or argument as may be presented to the Court at or prior to the hearing
4  on this matter.

6  DATED: September 2, 2008                HIGGS, FLETCHER & MACK LLP

                                           By: _____
                                           STEVEN J. COLOGNE, ESQ.
                                           MICHAEL R. GIBSON, ESQ.
                                           Attorneys for Defendants
                                           SAN DIEGO UNIFIED
                                           SCHOOL DISTRICT,
                                           JAMES GOOD and JESUS MONTANA