1  STEVEN J. COLOGNE, ESQ. (Bar No. 118534)
   scologne@higgslaw.com
2  MICHAEL R. GIBSON, ESQ. (Bar No. 199272)
   gibsonm@higgslaw.com
3  HIGGS, FLETCHER & MACK LLP
   401 West "A" Street, Suite 2600
4  San Diego, CA 92101-7913
   TEL: 619.236.1551
5  FAX: 619.696.1410

6  Attorneys for Defendants
   SAN DIEGO UNIFIED SCHOOL DISTRICT and
7  JAMES GOOD

8                    UNITED STATES DISTRICT COURT

9            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11  KAYLA CASHMAN BY AND THROUGH      CASE NO. 08 CV 0519-BEN (POR)
    HER GUARDIAN AD LITEM,
12  BERNADETTE HILGEMAN; AND          PROOF OF SERVICE
    STEPHEN CASHMAN, AN INDIVIDUAL,
13

14                    Plaintiffs,

15  v.

16  SAN DIEGO UNIFIED SCHOOL          DATE:        October 20, 2008
    DISTRICT; JAMES GOOD,             TIME:        10:30 a.m.
17  INDIVIDUALLY, and DOES 1 through 20,  COURTROOM.:  3
                                      JUDGE:       Roger T. Benitez
18                    Defendants.

19

20          I, Genie W. Jones, CCLS, declare:

21  I am a resident of the State of California and over the age of eighteen years, and not a party to the

22  within-entitled action; my business address is 401 West "A" Street, Suite 2600, San Diego,

23  California 92101-7913. On September 2, 2008, I served the within documents, with all exhibits:

24  **DEFENDANT JESUS MONTANA'S NOTCE OF MOTION AND MOTION TO DISMISS**

25  **PURSUANT TO F.R.C.P. 12(b)(1), (6); MEMORANDUM, and REQUEST FOR**

26  **JUDICIAL NOTICE IN SUPPORT THEREOF;**

27  / / /

28  / / /

HIGGS, FLETCHER
& MACK LLP        860182.5                                    08 CV 0519 BEN (POR)
ATTORNEYS AT LAW
SAN DIEGO

1    ☒    by Electronic Service:  I am familiar with the United States District Court,
2         Southern District of California's practice for collecting and processing electronic
         filings.  Under that practice, documents are electronically filed with the Court.  The
3         Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the
4         filing party, the assigned judge, and any registered users in the case.  The NEF will
         constitute service of the document.  Registration as a CM/ECF user constitutes
5         consent to electronic service through the Court's transmission facilities.  Under
         said practice, the following CM/ECF users were served:

6

| Christopher W. Bayuk, Esq.<br>BAYUK & ASSOCIATES, INC.<br>401 West A Street, Suite 1400<br>San Diego, CA  92101 | Counsel for Plaintiff<br>KAYLA CASHMAN, by and through her<br>guardian ad litem<br>BERNADETTE HILGEMAN and<br>STEPHEN CASHMAN, an individual<br><br>Telephone:    619.232-7945<br>Facsimile:    619.232-7953 |
|---|---|

12    I declare under penalty of perjury under the laws of the State of California that the above

13    is true and correct.

14    Executed on Tuesday, September 02, 2008 at San Diego, California.

15

16

17    _____
      Genie W. Jones, CCLS

18

19

20

21

22

23

24

25

26

27

28